BEATRICE ROGERS, Appellant, v. HARRY DERRIS et al., Respondents.— In an action to recover damages for personal injuries resulting from an automobile collision, plaintiff appeals from an order denying her motion for a preference in the trial of the action. Her moving papers establish that she is on the relief rolls of the City of New York, which fact is not controverted by respondents. Order reversed on the facts, with $10 costs and disbursements, and motion granted, without costs. In our opinion the denial of the motion was an improvident exercise of discretion. (*Stevens* v. *Bridge Auto Renting Corp.*, 262 App. Div. 872; *Auchello* v. *Brooklyn Bus Corp.*, 257 App. Div. 857.) Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

■

SUFFOLK CONSOLIDATED PRESS CO., INC., Appellant-Respondent, v. CLARENCE PULVER, as Treasurer of Suffolk County Republican Committee, Respondent-Appellant.— In an action for the agreed price of goods sold and delivered and services rendered, the defendant interposed answers as treasurer of the Suffolk County Republican Committee for the periods 1949–1951 and 1951–1953. On plaintiff's motion the 1949–1951 answer was struck out, but plaintiff was denied summary judgment. Plaintiff appeals from the order insofar as its motion for summary judgment was denied, and defendant appeals from that part of the order which struck out his 1949–1951 answer and as failed to grant summary judgment in his favor. Order modified by striking from the last ordering paragraph the word " denied " and by substituting therefor the following: " granted, with $10 costs." As so modified, the order is affirmed, with $10 costs and disbursements to plaintiff. No triable issue of fact was presented by defendant. Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

■

WESTCHESTER MILK COUNCIL, INC., et al., Respondents, v. CITY OF MOUNT VERNON et al., Appellants.— Action for a judgment declaring an ordinance of the defendant city illegal and void and for an injunction restraining its enforcement. Defendants appeal from an order granting plaintiffs' motions to strike out the answer and for judgment on the pleadings and denying defendants' cross motion to strike out several allegations of the complaint, and from the judgment entered thereon. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.